IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY LASHAUN GILLIAM**                                      **PLAINTIFF**
**ADC # 112588**

**V.**                         **CASE NO. 5:15-CV-00152 JM/BD**

**RESHAD, et al.**                                                             **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody, Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion:**

Plaintiff Gregory Lashaun Gilliam, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit in the Western District of Arkansas.  The case was transferred to the Eastern District of Arkansas on May 12, 2015.  (Docket entries #1, #2)  Mr. Gilliam was ordered to submit a completed IFP application or pay the filing fee within 30 days of May 27, 2015.  (#4)  To date, he has failed to comply with the Court's

May 27, 2015 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Gilliam that his claims could be dismissed if he failed to comply with the Court's Order.

## III.   Conclusion:

The Court recommends that Mr. Gilliam's claims be DISMISSED under Local Rule 5.5(c)(2), without prejudice, based on his failure to comply with the Court's May 27, 2015 Order.

IT IS SO ORDERED, this 2nd day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE