IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY LASHAUN GILLIAM**                                                      **PLAINTIFF**
ADC # 112588

V.                        CASE NO. 5:15-CV-00152 JM/BD

**RESHAD, et al.**                                                               **DEFENDANTS**

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Gilliam's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 23rd day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE